IN THE __24th JUDICIAL CIRCUIT__ COURT
COUNTY OF __SAN FRANCOIS__
CIVIL DIVISION



**FILED**

MAY 2 6 2023

KRISTINA BONE, CIRCUIT CLERK
ST. FRANCOIS COUNTY, MO

Willie James Lowe Jr.
_____
Plaintiff

vs.

Ralph Sturdevant
_____

Jennifer Pecorella
_____

Barron Pratte
_____

Daniel Macke
_____

Demand For Jury Trial:
Yes(___) No(___)

Civil No: __23SF-CC00118__

I. Plaintiff

A. Name(list any aliases): __Willie James Lowe Jr__

B. Prisoner ID#:_____ Check one: Convicted:_____ Pretrial Detainee:_____

C. Place of present imprisonment:_____

D. Address: __#5 Basler Drive, Saint Genevieve, MO 63670__

II. Defendant(s):(additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: __Ralph Sturdevant__

    Title or Position: __Case Manager__

    Place of Employment: __SEMO BH, 5536 State Highway 32, Farmington, MO 63640__

B. Defendant's Name: __Jennifer Pecorella__

    Title or Position: __Community Reentry Services Director__

    Place of Employment: __SEMO BH, 5536 State Highway 32, Farmington, MO 63640__

C. Defendant's Name: Daniel Macke

    Title or Position: US Probation Officer-Eastern District of Missouri

    Place of Employment: 555 Independence Street, Suite#2000, Cape Girardeau, MO 63703

D. Defendant's Name: Jerry Olsen

    Title or Position: Case Manager

    Place of Employment: SEMO BH, 5536 State Highway 32, Farmington, MO 63640

E. Defendant's Name: Lynn Lyons

    Title or Position: Residential Reentry Manager-Federal Bureau of Prisons

    Place of Employment: 1222 Spruce Street, Suite#6.101, Saint Louis, MO 63101

III. STATEMENT OF CLAIM:

Below you should state the FACTS of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what EACH defendant did or failed to do.

_____

_____

(SEE STATEMENT OF CLAIM)

_____

_____

_____

(SEE STATEMENT OF CLAIM)

B. When did these events happen?

(SEE STATEMENT OF CLAIM)

IV. RELIEF REQUESTED:

State exactly what you want the court to do for you:

_____

_____

(SEE STATEMENT OF CLAIM)
_____

_____

_____

_____

_____

_____

## CERTIFICATION:

Pursuant to the applicable Penalty of Perjury statute and/or 28 USC 1746, I declare, under penalties of perjury, that the aforementioned is true and correct to the best of my knowledge and belief.

Plaintiff printed name: __WILLIE JAMES LOWE JR_____

Plaintiff signature: _*Willie Lowe Jr*_____

Dated: _5/22/2023_____

IN THE CIRCUIT COURT FOR SAINT FRANCOIS COUNTY, MISSOURI
24TH JUDICIAL CIRCUIT COURT
CIVIL DIVISION

## I. JURISDICTION AND VENUE

1. This is a civil action, authorized by Missouri state law, to redress the Deprivation of rights, under color of state law, secured by the Missouri Constitution, and laws of the State of Missouri. This court has jurisdiction Under Missouri law and the Missouri Constitution. This court is an Appropriate venue under Missouri law, because it is where the events Giving rise to this cause of action occurred. Plaintiff seeks declaratory Relief under Missouri law, and injunctive relief under Missouri law. The Plaintiff seeks damages under Missouri law for common law fraud, civil Conspiracy, negligence, negligence per se, and Intentional Infliction of Emotional Distress.

## II. PARTIES

2. Plaintiff, Willie James Lowe Jr, is currently located at #5 Basler Drive, Saint Genevieve, Missouri 63670.

3. Defendant, Ralph Sturdevant, is a Case Manager at Southeast Missouri

Behavioral Health. Address: 5536 State Highway 32, Farmington, Missouri 63640.

4. Defendant, Jennifer Pecorella, is the Director of Community Re-entry Services at the Southeast Missouri Behavioral Health Center. Address: 5536 State Highway 32, Farmington, Missouri 63640.

5. Defendant, Barron Pratte, is the owner/founder of Southeast Missouri Behavioral Health, 5536 State Highway 32, Farmington, Missouri 63640.

6. Daniel Macke, is a US Probation Officer for the Eastern District of Missouri. Address: 555 Independence Street, Suite #2000, Cape Girardeau, MO 63703.

7. Defendant, Jerry Olsen, is a Case Manager for the Southeast Missouri Behavioral Health Center. Address: 1103 Weber Road, Farmington, MO 63640.

8. Defendant, Lynn Lyons, is a Residential Reentry Manager for the Federal Bureau Of Prisons. Address: 1222 Spruce Street, Suite #6.101, Saint Louis, Missouri 63101.

9. Defendant, Josh Marshall, is an Employer Specialist, for the Southeast Missouri Behavioral Health Center. Address: 5536 State

Highway 32,Farmington,MO 63640.

10.At all times mentioned herein,each defendant was acting under the color of state law. Each defendant is being sued in his/her individual capacity for monetary relief, and in his/her official capacity for injunctive relief.

## III.STATEMENT OF CLAIM

11. Plaintiff, Wilie James Lowe Jr, currently resides in Saint Genevieve,MO. this events in this complaint, coincide, and occur right after, the events that are mentioned in a pending lawsuit in this court, titled 'Lowe vs. Pecorella,et al",CASE#23SF-CC00108(herein referred to as 'Lowe I'). A day after the plaintiff was put on "site restriction" by defendant Lyons, his attorney sent out numerous emails to all of the individuals in Lowe I, advising them that they were , inter alia, violating the plaintiff's rights under both Missouri law,the Missouri Constitution, and the United States Constitution.

12. Eventually, after plaintiff refused to sign furlough papers as stated in Lowe I,Lyons ordered him to be placed on site restriction, and plaintiff was not allowed to leave the halfway house he was at. The following

day, Lyons, in conjunction with Pecorella,Macke,and the other defendants reached an agreement to not only have the plaintiff arrested, but also agreed to fabricate an incident report, and it was agreed that plaintiff would be written an incident report claiming that he threatened staff and the Saint Genevieve County Sheriff's Office during the arrest.

13. The following day, on 5/18/2023, plaintiff was arrested,shortly after his attorney emailed all of the defendants in Lowe I a copy of that suit. during the arrest, which occurred in/outside of plaintiff's room, at no time did plaintiff make any threatening statements towards Ralph or anyone else. Plaintiff was eventually taken to the Saint Genevieve County,MO Jail, where he is currently being held. After plaintiff was placed in jail, his attorney sent the defendants emails, informing them that a second lawsuit, this one, was forthcoming. The following day, defendants Marshall and Olsen delivered a fraudulent incident report that had been concocted by the defendants, including Olsen and Marshall, that claimed, falsely, that plaintiff had threatened officers with the Saint Genevieve County Sheriff's Department, who arrested plaintiff, and

Ralph Sturdevant.

## IV. LEGAL CLAIMS FOR RELIEF

14. Plaintiff realleges and reincorporates by reference, paragraphs 11-13, supra, within each of the following claims for relief.

I.COUNT ONE---------------COMMON LAW FRAUD UNDER MISSOURI LAW

15. Plaintiff contends that defendants Pecorella,Pratte,Lyons,Sturdevant, Macke,Marshall, Olsen, all committed common-law fraud under Missouri Law, when they fabricated an incident report against the plaintiff,claiming that the plaintiff threatened multiple individuals, during his arrest. The elements of fraud in Missouri are:(1) a representation; (2) its falsity; (3) its materiality; (4) the speaker's knowledge of the falsity or his ignorance of the truth; (5) the speaker's intent that his representation should be acted upon by the hearer and in the manner reasonably contemplated; (6) the hearer's ignorance of the falsity of the representation; (7) the hearer's reliance on the truth of the representation; (8) the hearer's right to rely thereon; and, (9) the hearer's consequent and proximately caused injury. Heberer v. Shell Oil Co., 744 S.W.2d 441,443(Mo.banc 1988). For the

aforementioned reasons, and because of the fraud perpetuated by the defendants, plaintiff seeks damages for fraud against the defendants.

## II. COUNT TWO————————CIVIL CONSPIRACY UNDER MISSOURI LAW

16. Plaintiff contends that defendants Pecorella, Pratte, Lyons, Macke, Olsen Marshall, and Sturdevant, did engage in a civil conspiracy to commit fraud against the plaintiff, by agreeing to fabricate an incident report against the Plaintiff, which would result in the plaintiff losing good conduct time. To make a claim for civil conspiracy under Missouri law, a plaintiff must show that there are (1) two or more persons, (2) an unlawful objective, (3) a meeting of the minds, (4) at least one act in furtherance of the conspiracy, and (5) injury to the plaintiff. Phelps v. Bross, 73 S.W.3d 651, 657 (Mo. Ct. App. 2002). Here, as plaintiff alleged, defendants reached an agreement to commit fraud against the plaintiff, and the plaintiff seeks damages against them for conspiring to commit fraud against the plaintiff.

## III. COUNT THREE————————INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

17. Plaintiff has suffered from loss of sleep, loss of appetite, depression, anguish, and anxiety, as the result of infliction of severe and extreme

Emotional distress inflicted upon him by the defendants. The plaintiff believes that the defendants intended to inflict severe and extreme emotional distress upon him, and he has suffered as a result.Plaintiff seeks damages for IIED against the defendants under Missouri law.

## V.REQUESTED RELIEF

18. Wherefore, plaintiff respectfully requests that this court GRANT him the following relief to which he may be entitled:

(A) A declaration that the acts/omissions of the defendants violated the Missouri constitution and the law of the State of Missouri:

(B) A preliminary injunction ORDERING defendants to expunge the bogus incident report written against the plaintiff,and to restore any good conduct time taken from the plaintiff;

( C ) Nominal damages in the amount of $1.00;

(D) Compensatory damages in the amount of $5,000,000.00;

(E) Punitive damages in the amount of $2,500,000.00;

(F) A jury trial on all issues triable by a jury:

(G) All other appropriate equitable and monetary relief.

/s/ *[signature]*

dated: 5/22/2023